EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br><br> Angel Torres López | 2010 TSPR 90 <br><br> 179 DPR _____ |

Número del Caso: TS-7416

Fecha: 11 de junio de 2010

Abogado de la Parte Peticionaria:

        Lcdo. Felipe Benicio Sánchez

Comisión de Reputación para el Ejercicio de la Abogacía

        Lcdo. Doel Quiñones Nuñez
        Lcda. Belén Guerrero Calderón
        Lcda. Waleska Delgado Marrero
        Lcdo. Héctor Saldaña Egozcue
        Dr. Robert Stolberg
        Lcda. Jocelyn López Vilanova (inhibida)

Procurador Especial de la Comisión de Reputación

        Lcdo. Alcides Oquendo Solís

Oficina de la Procuradora General

        Lcda. Minnie H. Rodríguez López
        Procuradora General Auxiliar

Materia: Reinstalación al Ejercicio de la Abogacía y la Notaría

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Ángel L. Torres López

Conducta
Profesional

TS-7416

*RESOLUCIÓN*

En San Juan, Puerto Rico, a 11 de junio de 2010.

Examinados el Informe sobre Petición de reinstalación y el Informe de la Comisión de Reputación presentados en este caso, se autoriza la reinstalación del Lcdo. Ángel Torres López al ejercicio de la abogacía y la notaria, efectivo inmediatamente.

Publíquese.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo. El Juez Presidente señora Hernández Denton, el Juez Asociado señor Rivera Pérez y la Jueza Asociada señora Pabón Charneco no intervinieron.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo